IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 800 BELL HOLDINGS LLC,<br> Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | C.A. NO. 4:25-cv-04072 |
| BELL BUSINESS INVESTMENTS,<br>LLC, ISAAC JACOBOWITZ,<br> Defendants. | §<br>§<br>§ | |

## APPENDIX 1 OF 2 OF EXHIBITS TO DEFENDANT'S EMERGENCY MOTION TO CONSOLIDATE AND FOR TEMPORARY RESTRAINING ORDER

Bell Business Investments LLC, hereby files the following Appendix 1 of 2 of Exhibits to Defendant's Emergency Motion to Consolidate and for Temporary Restraining Order (ECF #7), as follows:

| EXHIBIT 1 | Complaint and Application for TRO, with supporting exhibits, filed in Civil Action No. 4:25-cv-04191 by Bell Business Investments, LLC (Doc. 6, 6-1, 6-2, Doc. 7, 7-1 through 7-34) which movant asks the Court to take judicial notice of and is filing in this Court. |
|---|---|

Respectfully submitted,

**WILSON, CRIBBS & GOREN, P.C.**

By: */s/ Scot Clinton*
    Scot Clinton, Attorney-in-Charge
    Federal ID No.: 569701
    Texas Bar No.: 24045667
    Sara Prasatik
    Federal ID No.: 3229840
    Texas Bar No.: 24088251
    1233 West Loop South, Suite 800
    Houston, Texas 77027
    Tel. (713) 222-9000
    Fax. (713) 229-8824
    sclinton@wcglaw.com
    sprasatik@wcglaw.com

**ATTORNEYS FOR**
**BELL BUSINESS INVESTMENTS LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 6, 2025, a true and correct copy of the above and foregoing was filed on the CM/ECF system and served to all counsel of record via electronic notices, facsimile, and/or U.S. Postal Mail in compliance with the Federal Rules of Civil Procedure.

    */s/ Scot Clinton*
    Scot Clinton