IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 800 BELL HOLDINGS LLC, Plaintiff, | § § § § | |
| v. | § § | C.A. NO. 4:25-cv-04072 |
| BELL BUSINESS INVESTMENTS, LLC, ISAAC JACOBOWITZ, Defendants. | § § § | |

## ORDER ON MOTION TO CONSOLIDATE

Bell Business Investments LLC's motion to consolidate is granted. Civil Action No. 4:25-cv-04072 is consolidated with Civil Action No. 4:25-cv-04191. All filings are to be in Civil Action No. 4:25-cv-04072. The scheduling orders entered in Civil Action No. 4:25-cv-04072, and Civil Action 4:25-cv-04191 are VACATED. A new scheduling order will be entered for Civil Action 4:25-cv-04072.

SIGNED on October 7, 2025.

_____
Lee H. Rosenthal
Senior United States District Judge