# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| 800 BELL HOLDINGS LLC, §<br>　Plaintiff, §<br>§<br>§<br>v. §<br>§<br>BELL BUSINESS INVESTMENTS, §<br>LLC, ISAAC JACOBOWITZ, §<br>　Defendants. § | | C.A. NO. 4:25-cv-04072 |

## DEFENDANT'S SUGGESTION OF BANKRUPTCY

Now Comes, Bell Business Investments, LLC, Defendant, in the above-styled and -numbered proceeding, by and through its attorney of record, undersigned counsel, and suggests to the court, there is an immediate necessity for the staying of the above-styled and -numbered cause of action against the Defendant, Bell Business Investments, LLC, because of the pendency of bankruptcy proceedings under Chapter 11 of the Bankruptcy Code now pending in the United States Bankruptcy Court for the Southern District of New York, under Case Number 25-12220-pb, commenced on October 7, 2025.

Attached is the notice of bankruptcy filing that is automatically generated by the Bankruptcy Court and has been downloaded from PACER.

Defendant is the Debtor, and in such proceedings an automatic stay under 11 U.S.C.A. § 362 is in operation, the effect of which, among other things restrains and enjoins the Plaintiff and all creditors from commencing or continuing any judicial proceedings against the Debtor, the property, or property interests of the Debtor that arose before the commencement of the bankruptcy proceedings.

Wherefore, Premises Considered, the Defendant above-named suggests there exists a necessity for the observance of the Stay Order under Section 362 of the Bankruptcy Code (11 U.S.C.A. § 362) thereby staying these proceedings against Defendant, Bell Business

Investments, LLC, in its entirety until such time as the proceedings above-mentioned have been terminated and for such other and further relief which the Defendant may show themselves entitled.

Respectfully submitted,

**WILSON, CRIBBS & GOREN, P.C.**

By: */s/ Scot Clinton*
    Scot Clinton, Attorney-in-Charge
    Federal ID No.: 569701
    Texas Bar No.: 24045667
    Sara Prasatik
    Federal ID No.: 3229840
    Texas Bar No.: 24088251
    1233 West Loop South, Suite 800
    Houston, Texas 77027
    Tel. (713) 222-9000
    Fax. (713) 229-8824
    sclinton@wcglaw.com
    sprasatik@wcglaw.com

**ATTORNEYS FOR**
**BELL BUSINESS INVESTMENTS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, a true and correct copy of the above and foregoing was filed on the CM/ECF system and served to all counsel of record via electronic notices, facsimile, and/or U.S. Postal Mail in compliance with the Federal Rules of Civil Procedure.

    */s/ Scot Clinton*
    Scot Clinton