IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 800 BELL HOLDINGS, LLC § | |
| § | |
| § | |
| VS. § | C.A. No. 4:25-cv-04072 |
| § | |
| § | |
| § | |
| BELL BUSINESS INVESTMENTS LLC § | |
| and ISAAC JACOBWITZ § | |

## NOTICE OF DISMISSAL OF BANKRUPTCY

Please take notice that the bankruptcy of Bell Business Investments LLC, Case No. 25-12220-PB, in the United State Bankruptcy Court for the Southern District of New York, has been dismissed pursuant to an Order Dismissing Case entered on October 27, 2025. The Order Dismissing Case is attached hereto as Exhibit 1. With the bankruptcy case now dismissed, the automatic stay is lifted and proceedings in this matter may resume. 11 U.S.C. § 362(c)(2)(B).

Respectfully submitted,

/s/ Sanford L. Dow
Sanford L. Dow
Texas Bar No. 00787392
S.D. Tex. ID No. 17162
dow@dowgolub.com
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
Telephone: (713) 526-3700
Facsimile: (713) 526-3750

ATTORNEY-IN-CHARGE FOR 800 BELL
HOLDINGS LLC

OF COUNSEL:

DOW GOLUB REMELS & GILBREATH, PLLC
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
Telephone: (713) 526-3700
Facsimile: (713) 526-3750

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing has been served upon all parties pursuant to Federal Rule of Civil Procedure 5(b) and the United States District Court for the Southern District of Texas Local Rule 5.3 via the ECF system on November 10, 2025.

*/s/ Sanford L. Dow*
Sanford L. Dow