IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 800 BELL HOLDINGS, LLC § § § | |
| § | C.A. NO. 4:25-cv-04072 |
| VS. § § § § | |
| BELL BUSINESS INVESTMENTS LLC § and ISAAC JACOBWITZ § | |

**PLAINTIFF LENDER'S STATUS UPDATE**

Plaintiff and Lender, 800 BELL HOLDINGS, LLC, files this Status Update, as directed by the Court (Dkt. 37), as follows:

I.

*Yesterday*, 800 Bell Holdings, LLC ("800 Bell"), notified Borrower (and its legal counsel), and Stewart Title Company ("Title Company"), that when proof of the payment by Bell Business Investments, LLC ("BBI") was made, and upon notice by Title Company that a wire had been initiated by Title Company to 800 Bell, 800 Bell would provide an original Release of Lien.

The full payment made by Borrower, Bell Business Investments, LLC ("BBI"), was receipted by the Title Company and last night wired to 800 Bell, which is now in receipt of such funds.

This morning, at 6:30 a.m., 800 Bell (through legal counsel) delivered to Title Company a signed and notarized Release of Lien and UCC-3 (release of lien on any personalty), and also notified BBI that the foreclosure sale was not moving forward, in light of payment. *See* Exhibit A.

        Respectfully submitted,

        /s/ Sanford L. Dow
        Sanford L. Dow
        Texas Bar No. 00787392
        S.D. Tex. ID No. 17162
        2700 Post Oak Blvd., Suite 1750
        Houston, Texas 77056
        (713) 526-3700/FAX (713) 526-3750

        ATTORNEY-IN-CHARGE FOR 800 BELL HOLDINGS, LLC

OF COUNSEL:

DOW GOLUB REMELS & GILBREATH, PLLC
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
(713) 526-3700/FAX (713) 526-3750

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that the foregoing has been served upon all parties pursuant to Federal Rule of Civil Procedure 5(b) and the United States District Court for the Southern District of Texas Local Rule 5.3 via the ECF system on December 2, 2025.

        /s/ Sanford L. Dow
        Sanford L. Dow